ATTACHMENT A
**DESCRIPTION OF THE PROPERTY TO BE SEARCHED**

The property to be searched is a white Toyota Camry with license plate DDN 301 and Vehicle Identification Number ("VIN") JTDBE32K520107042 (the "TARGET VEHICLE"). The TARGET VEHICLE, which is depicted in the photograph below, is presently located at Superior Service Towing, 47082 M 266, Houghton, Michigan.

